Motion by Institute for Professionals in Taxation for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge RIVERA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDER-MAN, Attorney General for the State of New York, et al., Respondents, v SPRINT NEXTEL CORP. et al., Appellants.

Submitted August 3, 2015; decided August 27, 2015

Motion by Council on State Taxation for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge RIVERA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDER-MAN, Attorney General for the State of New York, et al., Respondents, v SPRINT NEXTEL CORP. et al., Appellants.

Submitted August 3, 2015; decided August 27, 2015

Motion by Broadband Tax Institute for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge RIVERA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDER-MAN, Attorney General for the State of New York, et al., Respondents, v SPRINT NEXTEL CORP. et al., Appellants.

Submitted August 3, 2015; decided August 27, 2015

Motion by Taxpayers Against Fraud Education Fund for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the